# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Plaintiff-in-interpleader,<br><br>v.<br><br>GUDELIA GALICIA, an individual; ANA DURAN, in her capacity as Administrator of the Estate of Jorge Duran; DESIREE ARLENE LECEA, an individual; and FOREST LAWN MORTUARY, a California Corporation,<br><br>    Defendants-in-interpleader. | Case No. 5:19-cv-01412-JWH-KKx<br><br>**ORDER FINDING ATTORNEY ROSS H. BERGMAN IN CONTEMPT** |

This Order concerns the repeated failure of attorney Ross Bergman, counsel of record for Defendants-in-interpleader Gudelia Galicia and Ana Duran, to comply with this Court's orders. On May 28, 2021, the Court ordered Bergman—for the third time—to show cause in writing why he should not be held in contempt for his failure to comply with this Court's orders, as detailed therein.[1] The Court further ordered Bergman to show cause in writing: why he should not be sanctioned $2,000 for his failure to comply with the Court's May 11 Order; why he should not be dismissed as counsel; and why he should not be reported to the California State Bar and to this Court's Standing Committee on Discipline.[2] The deadline for Bergman to respond in writing to the Court's Third OSC was June 1, 2021, at 12:00 noon.[3] Bergman did not respond to the Third OSC, timely or otherwise. The Court held a hearing on the Third OSC on June 2, 2021. Bergman did not appear at that hearing.

Based upon the foregoing, the Court hereby **ORDERS** as follows:

1. The Court **FINDS** Ross H. Bergman **IN CONTEMPT** of the Court's Third OSC.

2. The Court **SANCTIONS** Bergman in the amount of $2,000 for failing to respond to the Court's Third OSC.

3. The Court **ORDERS** Bergman to self-surrender to the custody of the U.S. Marshal located at 3470 12th Street, Riverside, California, no later than **12:00 noon on Monday, June 7, 2021,** unless Bergman complies with the following:

    a. remits payment to the Clerk of Court of sanctions in the total amount of $3,500; and

---

[1] Order to Show Cause Re: Contempt (the "Third OSC") [ECF No. 71].
[2] *Id.* at 3:19–4:11.
[3] *See id.* at 3:15–4:4.

-2-

    b.  provides to Galicia and Duran all client-provided documents in Bergman's possession, custody, or control that are related to Bergman's representation of Galicia and Duran in this case. *See* Cal. R. Prof. Conduct 1.16(e).

  4.  If Bergman fails to comply and does not surrender as ordered herein, a warrant will be issued for his arrest without any further notice.

**IT IS SO ORDERED.**

Dated: June 2, 2021

                  John W. Holcomb
                  UNITED STATES DISTRICT JUDGE