JS-6

cc: Fiscal Section

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff-in-Interpleader,<br><br>　　v.<br><br>GUDELIA GALICIA, an individual; ANA DURAN, in her capacity as Administrator of the Estate of Jorge Duran; DESIREE ARLENE LECEA, an individual; and FOREST LAWN MORTUARY, a California Corporation,<br><br>　　　　Defendants-in-Interpleader. | Case No. 5:19-cv-01412-JWH-KKx<br><br>**JUDGMENT** |

In accordance with the Findings of Fact and Conclusions of Law Pursuant to Rule 52(a)(1) of the Federal Rules of Civil Procedure filed concurrently herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses personal jurisdiction over the parties and possesses subject matter jurisdiction over the above-captioned action pursuant to 29 U.S.C. § 1132(e)(1), 28 U.S.C. § 1331, and Rule 22 of the Federal Rules of Civil Procedure.

2. Plaintiff-in-Interpleader Metropolitan Life Insurance Company and Defendant-in-Interpleader Forest Lawn Mortuary were previously **DISMISSED** from this action.

3. Defendant-in-Interpleader Desiree Arlene Lecea shall have **JUDGMENT** in her favor. Defendants-in-Interpleader Ann Duran and Gudelia Galicia shall take nothing.

4. The Clerk of the Court is **DIRECTED** to release on December 6, 2021, or as soon as possible thereafter, to Defendant-in-Interpleader Desiree Arlene Lecea, the funds paid into the registry in connection with this action.

5. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 1, 2021

John W. Holcomb
UNITED STATES DISTRICT JUDGE